1          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
2

3   UNITED STATES OF AMERICA,        Criminal Action
                                    No.  1:20CR362
4        Plaintiff,

5   vs.                             Greensboro, North Carolina
                                    November 5, 2020
6   ALYSON BROOKE SAUNDERS,         9:35 a.m.

7        Defendant.

8   _____/

9

10              **TRANSCRIPT OF CHANGE OF PLEA PROCEEDINGS**
            BEFORE THE HONORABLE CATHERINE C. EAGLES
11               UNITED STATES DISTRICT JUDGE

12  APPEARANCES:

13  For the Government:   NADIA C. PRINZ, AUSA
                         U.S. Department of Justice
14                       Child Exploitation & Obscenity Section
                         1301 New York Avenue, NW, 11th Floor
15                       Washington, DC 2005

16
    For the Defendant:   KATHLEEN GLEASON, AFPD
17                       Office of the Federal Public Defender
                         301 North Elm Street
18                       Suite 410
                         Greensboro, North Carolina 27401
19

20  Court Reporter:      J. Calhoun, RPR
                         Room 122, U.S. Courthouse Building
21                       324 West Market Street
                         Greensboro, North Carolina 27401
22                       (336) 332-6033

23

24

25          Proceedings reported by stenotype reporter.
         Transcript produced by computer-aided transcription.

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 1 of 28

# P R O C E E D I N G S

1
2          (Defendant was present.)

3          **THE COURT:**  Good morning.

4          **MS. PRINZ:**  Your Honor, this is United States of

5    America versus Alyson Brooke Saunders,1:20CR362.  My name is a

6    Nadia Prinz.  I'm representing the Government today.

7          **THE COURT:**  And it is here for change of plea,

8    correct?

9          **MS. PRINZ:**  Yes, Your Honor.

10         **THE COURT:**  Before we get started, since everybody is

11   here, did everybody see the order entered last week to comply

12   with the requirements of Due Process Protection Act for written

13   order confirming the Government's *Brady* obligations?

14         **MS. PRINZ:**  Yes, Your Honor, I did see that.

15         **MS. GLEASON:**  Yes, Your Honor.

16         **THE COURT:**  This Act also requires verbal

17   confirmation in the courtroom when defense counsel is present,

18   so I will confirm the disclosure obligations of the Government

19   under *Brady versus Maryland* and its progeny.  Specifically,

20   that the Government has a constitutional duty to disclose

21   material evidence favorable to the Defendant, and failure to do

22   so can result in serious consequences to the Government's case

23   or to counsel.

24         Does everybody understand?

25         **MS. PRINZ:**  Yes, Your Honor.

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

1          **MS. GLEASON:**  Yes, Ma'am.

2          **THE COURT:**  Anything else that I need to do to comply

3  with that Act?

4          **MS. GLEASON:**  No, Your Honor.

5          **MS. PRINZ:**  No, Your Honor.

6          **THE COURT:**  The courtroom deputy will note in the

7  minutes that I complied with the requirement for verbal

8  confirmation.

9          Turning to Ms. Saunders specifically, have you had

10  enough time to consult with Ms. Saunders and to review

11  discovery and other relevant information?

12          **MS. GLEASON:**  I have.

13          **THE COURT:**  Can you all hear me okay with the mask?

14          **MS. PRINZ:**  Yes, Your Honor.

15          **MS. GLEASON:**  Yes, Your Honor.

16          **THE COURT:**  Are you ready to proceed?

17          **MS. GLEASON:**  Yes, Your Honor.

18          **THE COURT:**  Do you believe Ms. Saunders understands

19  the charges and nature of this hearing?

20          **MS. GLEASON:**  I do.

21          **THE COURT:**  Does she want to enter a plea of guilty

22  pursuant to a plea agreement to Count One, production of child

23  pornography; and Count Six, distribution of child pornography?

24          **MS. GLEASON:**  Yes, Your Honor.

25          **THE COURT:**  Has anyone made any threats or promises

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362     November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 3 of 28

1  to induce her guilty plea, other than the promises in the plea

2  agreement?

3          **MS. GLEASON:**  Not to my knowledge.

4          **THE COURT:**  Is it your recommendation that the Court

5  accept her guilty plea?

6          **MS. GLEASON:**  Yes, Your Honor.

7          **THE COURT:**  Good morning, Ms. Saunders.

8          Can you hear me okay?

9          **THE DEFENDANT:**  Yes, Ma'am.

10          **THE COURT:**  The courtroom deputy is going to affirm

11  you to give truthful answers to my questions.

12          (Defendant was affirmed.)

13          **THE COURT:**  You are now under oath, Ms. Saunders, and

14  if you tell me a lie, that's a crime.

15          Do you understand?

16          **THE DEFENDANT:**  Yes, Ma'am.

17          **THE COURT:**  Tell me your full name.

18          **THE DEFENDANT:**  Alyson Brooke Saunders.

19          **THE COURT:**  How old are you?

20          **THE DEFENDANT:**  I'm 24.

21          **THE COURT:**  How far did you go in school?

22          **THE DEFENDANT:**  I graduated high school, and then

23  took some college courses.

24          **THE COURT:**  Do you take any prescription medicine?

25          **THE DEFENDANT:**  Yes.

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

1          THE COURT:  What do you take?

2          THE DEFENDANT:  Two allergy medications and two

3    inhalers.

4          THE COURT:  Say again.

5          THE DEFENDANT:  I'm on two inhalers.

6          THE COURT:  Do any of those effect your ability to

7    think clearly or interfere with your ability to make decisions?

8          THE DEFENDANT:  No, Ma'am.

9          THE COURT:  Have you recently been treated for any

10   mental illness or addiction?

11         THE DEFENDANT:  Would depression count?

12         THE COURT:  Yes.

13         THE DEFENDANT:  Yes.

14         THE COURT:  Who are you seeing for that?

15         THE DEFENDANT:  The psychologist at the jail.

16         THE COURT:  Are you taking any medicine for that?

17         THE DEFENDANT:  Yes.  I'm taking Prozac and Abilify.

18         THE COURT:  How long have you been taking those?

19         THE DEFENDANT:  I just started Abilify about a month

20   ago, and the Prozac, 18 months ago.

21         THE COURT:  Have those medicines caused you any

22   problems in thinking clearly, or resulted in any confusion on

23   your part?

24         THE DEFENDANT:  No, Ma'am.

25         THE COURT:  And when was the last time you had any

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

1    alcohol, drugs, or medicine, that you haven't told me about?

2         THE DEFENDANT:  Eighteen, 19 months ago.

3         THE COURT:  Any other prescription medicine that you

4    are taking?

5         THE DEFENDANT:  No, Ma'am.

6         THE COURT:  Any other treatment for mental health

7    issues?

8         THE DEFENDANT:  No, Ma'am.

9         THE COURT:  Are you able to hear me and understand

10   what is going on today?

11        THE DEFENDANT:  Yes, Ma'am.

12        THE COURT:  Did you receive a copy of the indictment

13   which has the written charges against you?

14        THE DEFENDANT:  Yes, Ma'am.

15        THE COURT:  Were you able to read it?

16        THE DEFENDANT:  Yes.

17        THE COURT:  Do you understand the indictment and the

18   charges that you are facing?

19        THE DEFENDANT:  Yes.

20        THE COURT:  Have you had enough time to talk to your

21   lawyer about your case?

22        THE DEFENDANT:  Yes.

23        THE COURT:  Have you fully discussed the charges with

24   her and talked to her about your situation, the evidence

25   against you, and any defenses that you might have?

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

1    **THE DEFENDANT:**  Yes.

2    **THE COURT:**  And have you talked with her about the

3    penalties for these crimes and the consequences of a guilty

4    plea?

5    **THE DEFENDANT:**  Yes.

6    **THE COURT:**  Are you satisfied with her

7    representation?

8    **THE DEFENDANT:**  Yes.

9    **THE COURT:**  We're here this morning because you've

10   signed a written plea agreement, indicating you want to plead

11   guilty to Count One, production of child pornography; and Count

12   Six, distribution of child pornography.

13   Before you can do that, I need to be sure that you

14   understand you do have a right to a jury trial.  To be sure you

15   know the elements of these offenses and the possible penalties

16   for these crimes, and to be sure that you understand the

17   sentencing process.

18   We'll also go over your plea agreement.  At the end,

19   I'll ask you how you plead to these charges, and you'll let me

20   know if you want to plead guilty, you'll say guilty.

21   If you've changed your mind and want a trial, all you

22   have to do at any point while we're talking this morning, is

23   say, not guilty, I want a trial, anything like that, and I'll

24   set your case for trial.  That's very easy this morning while

25   we're talking, but if you plead guilty and I accept your guilty

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

1   plea, that is very hard to get that set aside so I want to be

2   sure.

3           Do you understand?

4           **THE DEFENDANT:**  Yes, Ma'am.

5           **THE COURT:**  Do you have any questions before we get

6   started with these topics?

7           **THE DEFENDANT:**  No.

8           **THE COURT:**  You do have a right to a trial.  If you

9   plead not guilty, at trial you are presumed innocent, and the

10  burden of proof is on the Government to prove your guilt beyond

11  a reasonable doubt.

12          This means that the Government must prove each and

13  every element of the crime charged beyond a reasonable doubt,

14  before you can be found guilty of that crime.

15          Do you understand?

16          **THE DEFENDANT:**  Yes, Ma'am.

17          **THE COURT:**  You have the right to the assistance of

18  counsel at all stages of the proceeding, including a trial, and

19  if you plead not guilty, Ms. Gleason will continue to represent

20  you at trial at no cost to you.

21          Do you understand?

22          **THE DEFENDANT:**  Yes, Ma'am.

23          **THE COURT:**  You have a right to be present for the

24  trial and to see and hear the testimony of all of the

25  witnesses.

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362     November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 8 of 28

1        You have the right to confront the witnesses, and

2 your lawyer can ask them questions on cross-examination.

3 That's the Government's witnesses.

4        You have a right to present evidence, if you wish,

5 though you're not required to do so, and if you have witnesses

6 that you want to call to testify, you can make them come to

7 court by issuing a subpoena to them at no cost to you.

8        Do you understand those rights?

9        **THE DEFENDANT:**  Yes, Ma'am.

10        **THE COURT:**  You have the right to testify at your

11 trial if you want, but no one can force you to testify.  If you

12 choose not to testify, or not to present evidence, the Court

13 will instruct the jury not to consider this in determining your

14 guilt.

15        Do you understand those rights?

16        **THE DEFENDANT:**  Yes, Ma'am.

17        **THE COURT:**  Do you have any questions about any of

18 these rights related to trial I've just summarized?

19        **THE DEFENDANT:**  No.

20        **THE COURT:**  If you plead guilty today, you are giving

21 up all of these rights.

22        Do you understand?

23        **THE DEFENDANT:**  Yes, Ma'am.

24        **THE COURT:**  Now I see that you have a written plea

25 agreement.  Have you read it?

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 9 of 28

1          THE DEFENDANT:  Yes, Ma'am.

2          THE COURT:  Have you had enough time to talk to your

3   lawyer about it?

4          THE DEFENDANT:  Yes, Ma'am.

5          THE COURT:  Do you understand it?

6          THE DEFENDANT:  Yes, Ma'am.

7          THE COURT:  It appeared to me that you signed it on

8   page 13.  Do you have a copy, there Ms. Gleason?

9          MS. GLEASON:  Yes, Your Honor.

10         THE COURT:  Is that your signature, Ms. Saunders?

11         THE DEFENDANT:  Yes, Ma'am.

12         THE COURT:  Ms. Gleason, I'll ask you to summarize

13  the plea agreement.

14         MS. GLEASON:  Ms. Saunders is pleading guilty to

15  Counts One and Count Six.  She understands as far as the

16  penalties go, that because she's not a recidivist, the

17  penalties for Count One are a term of imprisonment between 15

18  and 30 years, and the penalty for Count Six, is a term of

19  imprisonment of not less than five years, not more than 20

20  years.

21         She understands that following the term of

22  imprisonment, she will be on supervision for not less than five

23  years and not more than life.

24         THE COURT:  The statute does not require those two

25  mandatory prison terms to run consecutively.

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362     November 5, 2020

1    **MS. GLEASON:** That is my understanding, concurrent or

2    consecutive.

3        **THE COURT:** Go ahead.

4        **MS. GLEASON:** As far as penalties, there is a maximum

5    fine of $250,000. There is an additional statutory penalty of

6    not more than $50,000.

7        She understands that if the Court finds that she is

8    not indigent, that there will be a $5,000 special assessment,

9    and in any case, a $100 special assessment for each count of

10   conviction.

11       She also understands that she will be required to

12   register as a sex offender.

13       In exchange for the Government's agreement to not

14   oppose my motion to dismiss the remaining counts, the

15   Government does recommend to the Court the full three level

16   decrease in the offense level for her acceptance of

17   responsibility.

18       Ms. Saunders, in exchange for the dismissal of the

19   other counts with mandatory minimums, agrees to waive

20   substantially all of her rights to appeal and collaterally

21   attack the conviction.

22       She understands she retains her right to appeal based

23   on ineffective assistance of counsel, prosecutorial misconduct

24   not known to her at this time, a sentence in excess of the

25   statutory maximum, or a sentence based on an unconstitutional

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 11 of 28

1  factor.

2          She also agrees to forfeit any of the items that were

3  seized and that were part of the course of conduct, and there

4  are three items specifically laid out in the plea agreement for

5  forfeiture.

6          I think that's it.

7          THE COURT:  Okay.  Ms. Saunders, if you would stand

8  back up.  Is that correct?

9          THE DEFENDANT:  Yes, Ma'am.

10          THE COURT:  Has anyone made any promises to you that

11  Ms. Gleason did not mention?

12          THE DEFENDANT:  No.

13          THE COURT:  And does the written plea agreement

14  contain the entire arrangement you have with the Government?

15          THE DEFENDANT:  Yes, Ma'am.

16          THE COURT:  Do you have any questions about that plea

17  agreement?

18          THE DEFENDANT:  No, Ma'am.

19          THE COURT:  The Government has agreed to make a

20  recommendation about your sentencing guideline level related to

21  acceptance of responsibility, if certain conditions are met,

22  which I suspect they are in this case.  That's a recommendation

23  only, and the Court does not have to accept that

24  recommendation.

25          Do you understand?

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 12 of 28

1          **THE DEFENDANT:**  Yes, Ma'am.

2          **THE COURT:**  So if I do not accept that

3   recommendation, that is not a basis to withdraw your guilty

4   plea.  Are you with me?

5          **THE DEFENDANT:**  Yes.

6          **THE COURT:**  Any questions about that?

7          **THE DEFENDANT:**  No.

8          **THE COURT:**  Has anyone made any threats or otherwise

9   attempted to force you to plead guilty against your wishes?

10         **THE DEFENDANT:**  No, Ma'am.

11         **THE COURT:**  Now you have been charged with two

12  crimes.  We'll go over the elements of those crimes now.  Just

13  stand up.  Count One -- do you need to sit down?

14         **THE DEFENDANT:**  No, no.

15         **THE COURT:**  Count One is production -- hold on just a

16  second -- production of child pornography.  The elements are

17  that the victim was less than 18 years old, specifically, a

18  minor with the initials MB1, from on or about January 1st,

19  2019, up to and including on or about February 28, 2019, in

20  Guilford County.

21         You used that minor to take part in sexually explicit

22  conduct for the purpose of producing a visual depiction of that

23  conduct, and it was produced using materials that had been

24  mailed, shipped, and transported in interstate or foreign

25  commerce by any means.

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 13 of 28

1         Do you understand those elements?

2       **THE DEFENDANT:** Yes, Ma'am.

3       **THE COURT:** This crime, if you plead not guilty, the

4 Government has to prove those things beyond a reasonable doubt.

5 If you plead guilty, you're admitting those things.

6         Do you understand?

7       **THE DEFENDANT:** Yes, Ma'am.

8       **THE COURT:** This crime carries a prison term. There

9 is a mandatory minimum prison term of 15 years, and a statutory

10 maximum of life -- excuse me, I misspoke. Fifteen years to 30

11 years, okay. So the mandatory minimum is 15 years. The

12 statutory maximum is 30 years for this crime.

13         Do you understand that?

14       **THE DEFENDANT:** Yes, Ma'am.

15       **THE COURT:** She doesn't have any prior convictions

16 for sex crimes or obscenity?

17       **MS. PRINZ:** No, Your Honor.

18       **MS. GLEASON:** No prior convictions at all.

19       **THE COURT:** It would be higher, a mandatory minimum

20 of 25 years, if you did.

21         Do you understand that?

22       **THE DEFENDANT:** Yes, Ma'am.

23       **THE COURT:** And there is a fine of up to $250,000, or

24 twice the gross gain or loss caused by the crime, should that

25 be greater.

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 14 of 28

1          You will be on supervised release for at least five

2     years and up to life, and forfeiture is authorized.

3          There is mandatory restitution, a special assessment

4     of a hundred dollars, and special assessment that your lawyer

5     mentioned, which is $5,000, unless you are indigent, and there

6     is another one for $50,000 for child pornography production.

7          Do you understand about those special assessments?

8          **THE DEFENDANT:**  Yes, Ma'am.

9          **THE COURT:**  You'll also have to register as a sex

10    offender.

11         Do you have any questions about the penalties for

12    production of child pornography?

13         **THE DEFENDANT:**  No, Ma'am.

14         **THE COURT:**  Now let's turn to Count Six, distributing

15    child pornography.  The elements of this offense are, from on

16    or about January 1st, 2019, continuing up to and including on

17    or about February 28, in Guilford County, you knowingly

18    distributed child pornography, using a means or facility of

19    interstate or for foreign commerce, including by computer, and

20    you knew at the time that the material contained child

21    pornography.

22         Do you understand those elements?

23         **THE DEFENDANT:**  Yes, Ma'am.

24         **THE COURT:**  If you plead not guilty, the Government

25    has to prove those things beyond a reasonable doubt.  If you

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362     November 5, 2020

1   plead guilty, you're admitting those things.

2           Do you understand?

3           **THE DEFENDANT:**  Yes, Ma'am.

4           **THE COURT:**  This crime carries a prison term of at

5   least five years and up to 20 years.

6           Do you understand that?

7           **THE DEFENDANT:**  Yes, Ma'am.

8           **THE COURT:**  If you have a prior conviction for

9   certain sex crimes or obscenity, then you are looking at a

10  sentence between 15 and 40 years.

11          Do you understand?

12          **THE DEFENDANT:**  Yes, Ma'am.

13          **THE COURT:**  Another fine can be imposed of up to

14  $250,000, or twice the gross gain or loss caused by the crime,

15  should that be greater.  You'll be on supervised release

16  similarly to the other one, of at least five years, or up to

17  life.

18          Forfeiture is authorized, and that is part of your

19  plea agreement, as you know.

20          There is mandatory restitution.  You'll have to pay a

21  special assessment of a hundred dollars, and then you have the

22  special assessment which for this crime are $5,000, unless you

23  are indigent, and $35,000 for offenses of trafficking in child

24  pornography, which may include receipt or distribution.

25          Then you'll have to register as a sex offender for

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 16 of 28

1 this crime.  You only have to register once, but both crimes

2 require it.

3          Do you understand that?

4          **THE DEFENDANT:**  Yes, Ma'am.

5          **THE COURT:**  Do you have any questions about any of

6 the penalties for elements for either of these crimes?

7          **THE DEFENDANT:**  No.

8          **THE COURT:**  Parole has been abolished, so if you are

9 sentenced to prison, you will not be released on parole.  The

10 law does require supervision after the active prison term, so

11 when you get out of prison, you will be on supervised release

12 for at least five years.

13          The Court will decide at your sentencing hearing how

14 long your supervised release will be and what conditions you'll

15 have to comply with when you are on supervised release.

16 Ordinarily for this offense, it includes restrictions on your

17 ability to have contact with children, even prohibition.

18          You have to comply with the ordinary things like see

19 your probation officer, get a job.  It may require some

20 counseling.  The Court will decide at your sentencing hearing.

21          Do you understand?

22          **THE DEFENDANT:**  Yes, Ma'am.

23          **THE COURT:**  If you do not comply with those

24 conditions when you get out of prison, your supervised release

25 can be revoked, and the Court can send you back to prison.

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 17 of 28

1   That additional prison time can be substantial, and it can be

2   followed by more time on supervised release.

3         Do you understand?

4       **THE DEFENDANT:**  Yes, Ma'am.

5       **THE COURT:**  Any questions about what I just said?

6       **THE DEFENDANT:**  No, Ma'am.

7       **THE COURT:**  There are other consequences to a guilty

8   plea.  You will have two felony convictions.  It will be

9   illegal for you to possess a firearm or ammunition.  You'll

10   lose certain civil rights, at least for a time, such as the

11   right to vote, right to hold public office and right to serve

12   on a jury.

13         If you are not a citizen, you'll almost certainly be

14   deported.

15         Do you understand?

16       **THE DEFENDANT:**  Yes, Ma'am.

17       **THE COURT:**  Where were you born?

18       **THE DEFENDANT:**  Here in Greensboro, North Carolina.

19       **THE COURT:**  If you plead guilty and the Court accepts

20   your guilty plea, your sentencing hearing will be after the

21   first of the year.  In the meantime, the probation office will

22   prepare a presentence report.  That report will have a lot of

23   information about you and your background and circumstances, as

24   well as about the crimes that you've pled guilty to.

25         It will also contain a proposed sentencing guideline

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

range, calculated specifically for your case, and taking into account things like the nature of the crime, the actual harm from the crime, any other relevant conduct. The number of images, and your prior criminal history or lack thereof.

Do you understand?

**THE DEFENDANT:** Yes, Ma'am.

**THE COURT:** Any questions about how that works?

**THE DEFENDANT:** No, Ma'am.

**THE COURT:** You and your attorney will have an opportunity to review that draft presentence report and the final and you'll be able to object if there are mistakes in the record or if you disagree with the way the guideline range is calculated.

At your sentencing hearing, the Court will resolve any factual disputes and will make the final decision about the sentencing guideline range that applies in your case.

Do you understand?

**THE DEFENDANT:** Yes, Ma'am.

**THE COURT:** Once the Court determines the guideline range, the Court will consider it. It is important. But unlike the statutory provisions that we went over earlier, the guideline range is not binding, it is advisory only, so the Court may decide that a shorter sentence is appropriate, though it cannot be shorter than the statutory minimum or longer sentence, so it can't be longer than the statutory maximum.

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

1          The Court will decide your sentence at your

2     sentencing hearing, and only after considering the statutory

3     provision, the guideline range and the reasons for it.  The

4     presentence report, any other evidence, the arguments of

5     counsel, and anything that you want to tell me.

6          Do you understand how the sentencing process works?

7          **THE DEFENDANT:**  Yes, Ma'am.

8          **THE COURT:**  Did Ms. Gleason explain all of that to

9     you before you got to Court today?

10         **THE DEFENDANT:**  Yes, Ma'am.

11         **THE COURT:**  Do you have any questions about it?

12         **THE DEFENDANT:**  No, Ma'am.

13         **THE COURT:**  As you can see, no one today knows what

14    your sentencing guideline range is, and no one knows what your

15    sentence is going to be.  Your attorney may have suggested some

16    numbers to you as possibilities for your guideline range, based

17    on her experience with the United States Sentencing Guideline

18    range, but those are estimates only, and are not binding on the

19    Court.

20         If your guideline range or sentence turns out to be

21    different from any estimate that your attorney has given you,

22    that is not a basis to withdraw your guilty plea.

23         Do you understand?

24         **THE DEFENDANT:**  Yes, Ma'am.

25         **THE COURT:**  Has anybody made any promises to you

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362     November 5, 2020

1   about your specific guideline range or your sentence?

2         **THE DEFENDANT:** No, Ma'am.

3         **THE COURT:** Has anybody promised you you will get the

4   statutory minimum?

5         **THE DEFENDANT:** No, Ma'am.

6         **THE COURT:** Ordinarily, you and the Government will

7   have certain rights to appeal the sentence that I impose. As

8   part of your plea agreement -- let me find the right provision.

9   Just a second.

10         As part of your plea agreement, you are significantly

11   limiting both your appeal rights and your post-conviction

12   rights to challenge any sentence or conviction after it becomes

13   final.

14         The only basis is ineffective assistance of counsel,

15   prosecutorial misconduct not known to you today, a sentence in

16   excess of the statutory maximum or a sentence based on

17   unconstitutional an factor. So other than those four things,

18   you have given up your right to challenge the sentence on

19   appeal, or to challenge your sentence or conviction down the

20   road if you think some mistake has been made.

21         Do you understand?

22         **THE DEFENDANT:** Yes, Ma'am.

23         **THE COURT:** Do you have any questions about that?

24         **THE DEFENDANT:** No, Ma'am.

25         **THE COURT:** It looks like she is promising as part of

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 21 of 28

1   the plea agreement -- she's agreed to the factual basis, is

2   that right?

3           **MS. GLEASON:**  That's correct.

4           **THE COURT:**  Have you seen that factual basis,

5   Ms. Saunders.

6           **THE DEFENDANT:**  Yes, Ma'am.

7           **THE COURT:**  Have you read it?

8           **THE DEFENDANT:**  Yes, Ma'am.

9           **THE COURT:**  Have you had time to talk to your lawyer

10  about it?

11          **THE DEFENDANT:**  Yes, Ma'am.

12          **THE COURT:**  Do you agree with it?

13          **THE DEFENDANT:**  Yes, Ma'am.

14          **MS. GLEASON:**  Your Honor, to clarify, she has

15  reviewed the unredacted version that was filed under seal.

16          **THE COURT:**  Yes.  Thank you for making that clear.

17          It looks like she's agreeing and stipulating that all

18  of her conduct set forth in the factual basis constitutes the

19  nature and circumstances of the offense and relevant conduct

20  and the Court can use these facts in calculating her guideline

21  range.

22          There may be other evidence.  She also has agreed to

23  pay full restitution to all of the matters referenced in the

24  factual basis.

25          Is that right?

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 22 of 28

1    **MS. GLEASON:** That's correct.

2    **THE COURT:** Ms. Saunders, is that right?

3    **THE DEFENDANT:** Yes, Ma'am.

4    **THE COURT:** Did the Government want to add anything?

5    **MS. PRINZ:** No, Your Honor. Thank you.

6    **THE COURT:** Ms. Saunders, if you plead guilty, you

7    are admitting the elements of this offense. You are giving up

8    your constitutional rights to a trial, and you are accepting

9    the terms of the written plea agreement and agreeing to the

10   written factual basis.

11        Do you understand?

12   **THE DEFENDANT:** Yes, Ma'am.

13   **THE COURT:** Do you have any questions about anything

14   we've talked about here today or otherwise about your case?

15   **THE DEFENDANT:** No.

16   **THE COURT:** How do you plead to Count One, production

17   of child pornography; and Count Six, distribution of child

18   pornography?

19   **THE DEFENDANT:** Guilty.

20   **THE COURT:** Are you pleading guilty because you are

21   in fact guilty?

22   **THE DEFENDANT:** Yes, Ma'am.

23   **THE COURT:** The Court finds that the Defendant Alyson

24   Saunders is competent and capable of entering an informed plea,

25   that she is aware of the nature of the charges and the

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362     November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 23 of 28

1  consequences of a guilty plea, and her plea of guilty is a

2  knowing and voluntary plea.

3         So I did read the factual basis, unredacted version,

4  and the Defendant has already agreed to it without objection.

5  It appeared to me, that it provided an independent factual

6  basis for her guilty plea.

7         Do you agree, Ms. Gleason?

8       **MS. GLEASON:** I do, Your Honor.

9       **THE COURT:** Did you want to be heard further about

10  the factual basis?

11       **MS. GLEASON:** No, Your Honor.

12       **THE COURT:** Anything else that the Government wants

13  to say about the factual basis?

14       **MS. PRINZ:** No, Your Honor.

15       **THE COURT:** It clearly establishes all of the

16  elements, which I've mentioned earlier, and provides an

17  independent basis for her guilty plea.

18         The Defendant's plea of guilty is accepted, and the

19  Defendant, Alyson Brooke Saunders, is adjudged guilt of Count

20  One, production of child pornography; and Count Six,

21  distribution of child pornography.

22         I'll direct the probation office to prepare a

23  presentence report. They will want to talk with you,

24  Ms. Saunders, and your lawyer can be present.

25         I would guess she is at least eligible for the

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 24 of 28

1  psychosexual evaluation.  Is she going to consent to that or

2  not?

3          **MS. GLEASON:**  Your Honor --

4          **THE COURT:**  Or do you want some time?

5          **MS. GLEASON:**  Actually I've been speaking with

6  Ms. Saunders at length for some time, and I have already had my

7  office independently engage Dr. Hirsh to conduct a psychosexual

8  evaluation, and provided him with all of the information that

9  he would normally have, including all of the Government's

10 information.  So, yes, she is going to participate in one.

11 That process has begun.  I believe he'll be able to have the

12 report by the end of the year, and I will provide it to the

13 Government and the probation office, as well as I will put it

14 under seal so the Court can review it.

15          **THE COURT:**  Thank you.

16          My next sentencing date, with all of that in mind,

17 would be Tuesday, February 16th at 9:30.  Is that going to be

18 enough time, or should we move it out?  I can do it

19 February 25th.  Might need a little more time.  February 25th

20 at 9:30.  Is that okay?

21          **MS. PRINZ:**  Yes, Your Honor.

22          **MS. GLEASON:**  Yes, Your Honor.

23          **THE COURT:**  I'm going to hold open two slots for this

24 case, since I would expect there might be some evidence and

25 such.

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 25 of 28

1          Is she in custody?

2          **MS. GLEASON:**  She is.

3          In another case, I recall Dr. Hirsh needing more time

4  because he had not been able to have an in-person visit.  He

5  has been able to do that with her, or he is going to be able

6  to.  He has not met with her yet.

7          She is in Guilford County Jail, and they are allowing

8  professional visitations.  I don't anticipate an issue.  If one

9  arises, I'll certainly alert the Court.

10          **THE COURT:**  I think maybe the other one is in

11  Alamance.

12          **MS. GLEASON:**  Nobody is going there.

13          **THE COURT:**  Yes.  Nobody is going there.

14          Have I forgotten anything?  Is there anything else

15  that I need to do?

16          **MS. GLEASON:**  Not for the defense, Your Honor.

17          **MS. PRINZ:**  No, Your Honor.

18          **THE COURT:**  Ms. Saunders, do you have any questions?

19          **THE DEFENDANT:**  No, Ma'am.

20          **THE COURT:**  Sometimes sentencing hearings have to be

21  rescheduled.  That's actually normally.  Probably about

22  30 percent of them have to be rescheduled for one reason or

23  another.  The pandemic has raised that percentage because -- I

24  don't know, it is disrupting everything.  So it could be

25  rescheduled, but Ms. Gleason will keep you informed, and I'm

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362     November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 26 of 28

1  sure that the prosecutor will keep any victims and victim

2  family members informed.

3          I see some folks in here who I suspect are here for

4  that reason.  So I'll hold the matter open for sentencing on

5  February 25th at 9:30, or thereafter as rescheduled.

6          You are in the custody of the Marshal, Ms. Saunders.

7          **MS. GLEASON:**  Thank you, Your Honor.

8          (This matter was concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020

Case 1:20-cr-00362-CCE   Document 23   Filed 12/15/20   Page 27 of 28

```
 1                   C E R T I F I C A T E

 2

 3         I, J. CALHOUN, RPR, United States District Court

 4   Reporter for the Middle District of North Carolina, DO HEREBY

 5   CERTIFY:

 6

 7         That the foregoing is a true and correct transcript of

 8   the proceedings had in the above-entitled matter.

 9

10

11

12   Date:    12-15-2020          J. Calhoun, RPR
                                  United States Court Reporter
13                                324 W. Market Street
                                  Greensboro, NC  27401
14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES vs. ALYSON BROOKE SAUNDERS
1:20CR362    November 5, 2020