IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:20-CR-362 |
| | ) | |
| ALYSON BROOKE SAUNDERS | ) | |

**DETENTION ORDER**

On August 31, 2020, a grand jury for the Middle District of North Carolina returned an Indictment against the defendant, ALYSON BROOKE SAUNDERS, charging her with violations of Title 18, United States Code, Section 2251(a) and (e), production and attempted of child pornography; a violation of Title 18, United States Code, Section 2251(a) and (e), conspiracy to produce child pornography; and a violation of Title 18, United States Code, Section 2252(a)(2), distribution of child pornography.

Pursuant to this Indictment, the defendant waived an in-person arraignment and was procured for a plea hearing on November 5, 2020, through a writ of habeas corpus ad prosequendum directed to the Guilford County Jail, Greensboro, North Carolina. On that date, she pled guilty to Count One of the Indictment, production of child pornography, and to Count Six, distribution of child pornography. A factual basis was established for the plea. Pursuant to her plea, the defendant was then found guilty by the Court. Sentencing was set for February 25, 2021. Defendant was then returned to the custody of the Guilford County Jail. On February 17, 2021, the Court continued the sentencing, at defendant's request, and reset it for April 26, 2021.

For purposes of detention under 18 U.S.C. § 3143(a)(2), the defendant is charged with a felony described in 18 U.S.C. § 3142(f)(1)(A) involving a crime of violence as defined in 18 U.S.C. § 3156(a)(4)(C). Neither 18 U.S.C. § 3143(a)(2)(A) nor (B) apply, thus the defendant's detention prior to imposition of sentence is required.

**IT IS THEREFORE ORDERED** that defendant be committed to the custody of the Attorney General prior to imposition of sentence.

This the 3rd day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE